# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| KELLEY STARK,<br><br>        Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>        Defendant. | Case No.  1:18-cv-01068-WCG<br><br>Magistrate Judge William C. Griesbach |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KELLEY STARK, and the Defendant, DIVERSIFIED CONSULTANTS, INC. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED CONSULTANTS, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 18, 2019                                                     Respectfully Submitted,

**KELLEY STARK**                                                              **DIVERSIFIED CONSULTANTS, INC.,**

/s/ Nathan C. Volheim                                                      /s/ Daniel W. Pisani (*with consent*)
Nathan C. Volheim                                                          Daniel W. Pisani
*Counsel for Plaintiff*                                                        *Counsel for Defendant*
Sulaiman Law Group, LTD                                             Sessions, Fishman, Nathan & Israel
2500 S. Highland Avenue, Suite 200                            141 W. Jackson Blvd, Suite 3550
Lombard, Illinois 60148                                                 Chicago, Illinois 60604
Phone: (630) 575-8181                                                    Phone: (312) 578-0994
Fax :(630) 575-8188                                                         dpisani@sessions.legal
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim
